IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00168-GPG

AARON ROJAS,
EDGAR TEJADA,
IVAN PAREDES,
ULISES CISNEROS,
ADOLFO RIOS,
HUGO BUENA RODRIGUEZ, and those similarly situated,

       Plaintiffs,

v.

WESTCO FRAMERS, LLC,
DUSTY GRAY,
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and
GROATHOUSE CONSTRUCTION, INC.,

       Defendants.

---

## ORDER DRAWING CASE

---

After review pursuant to 28 U.S.C. § 1915(e)(2), the court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED January 29, 2015, at Denver, Colorado.

BY THE COURT:

S/ Gordon P. Gallagher

_____
United States Magistrate Judge