IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00168-WJM-KLM

AARON ROJAS,
EDGAR TEJADA,
IVAN PAREDES,
ULISES CISNEROS,
ALDOLFO RIOS,
HUGO BUENA RODRIGUEZ,
JESUS ENRIQUEZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

WESTCO FRAMERS LLC,
DUSTY GRAY,
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and
GROATHOUSE CONSTRUCTION, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Vacate and Reschedule 4/27/2015 Scheduling Conference** [#22] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for April 27, 2015 at 10:30 a.m. is **VACATED** and **RESET** to **July 1, 2015** at **11:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **June 24, 2015**.

    Dated: April 22, 2015