IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00168-WMJ-KLM

AARON ROJAS;
EDGAR TEJADA;
IVAN PAREDES;
ULISES cISNEROS;
aDOLFO rIOS;
hUGO BUENA RODRIGUEZ;
JESUS ENRIQUEZ REYES; and those similarly situated.


        Plaintiffs,

v.

Westco Framers, LLC
DUSTY GRAY
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
GROATHOUSE CONSTRUCTION, iNC.

        Defendants.

---

## STIPULATED ORDER

---

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

        The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

/s/ Edward F. Siegel                                        [Defendant(s) signature block]
Edward F. Siegel
Towards Justice
1535 High St, Suite 300
Denver Co 80218
Tel: (970) 343-4464
Fax: (303) 957-2289
E-mail: ed@towardsjustice.org

s/Alexander Hood
Alexander Hood
Towards Justice
1535 High St. Suite 300
Denver Colorado 80218
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorneys for the Plaintiffs


s/Thomas Kranz
Ron Jung
Thomas Kranz
Jung & Kranz, P.C.
1434 Spruce Street, Suite 100
Boulder, CO 80302
Tel: (720) 943-1095
Fax: (720) 726-8001
Email: thomas@legalrealty.com

Attorneys for Defendants Westco and Gray


**SO ORDERED**

Dated: _July 20, 2015_

_____
Hon. Kristen L. Mix

United States Magistrate Judge