IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00168-WJM-KLM

AARON ROJAS,
EDGAR TEJADA,
IVAN PAREDES,
ULISES CISNEROS,
ADOLFO RIOS, and
HUGO BUENA RODRIGUEZ,
JESUS ENRIQUEZ REYES, and those similarly situated,

    Plaintiffs,

v.

WESTCO FRAMERS LLC,
DUSTY GRAY,
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and
GROATHOUSE CONSTRUCTION, INC.,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Amend Scheduling Order to Allow for Depositions of Defendants Westco and Gray** [#54] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#54] is **GRANTED**. The discovery deadline is extended to **December 18, 2015** for the sole purpose of completing the depositions of Defendants Westco Framers LLC and Dusty Gray.

    Dated: December 8, 2015