# EXHIBIT A
# (Dec. of Plaintiff Parades)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 15-cv-00168-WJM-KLM

AARON ROJAS *ET AL.*

    Plaintiffs,

v.

WESTCO FRAMERS, LLC *ET AL.*

    Defendants.

## DECLARATION OF IVAN PAREDES

I, Ivan Paredes, declare that the following is true and correct based upon my personal knowledge:

1. I am a named Plaintiff in the above-captioned action.

2. I entered into a service contract with Defendant Westco Framers LLC (hereinafter "Westco") under which I provided framing services on construction projects.

3. I worked for Westco from approximately May 2013 to May 2014.

4. During that time, I worked on three projects as a framer for Westco, including the Sublette County Senior Center in Pinedale, Wyoming (the "Senior Center Project").

5. Defendant Groathouse Construction, Inc. was the principal contractor on the Senior Center Project.

6. Between 20 and 26 framers worked for Westco on the Senior Center Project. At the end of our work on the project, there were 18 Westco framers working. There were more than 18 at the start, but I'm not sure exactly how many more. There were at least 2 more that were part of my group at the start. There was also an additional group of 4 to 6 Westco framers that were there before my group of at least 20 framers arrived.

7. All of the Westco framers at the Senior Center Project were required to work more than 40 hours per week on the project. We regularly were required to work full days Monday through Saturday, and were often required to work on Sunday.

1

8. None of the Westco framers on the Senior Center Project were ever paid overtime for their hours in excess of 40 in a week.

9. The other named Plaintiffs and I were all Westco framers on the Senior Center Project and all were and are close and communicate often. I do not currently have regular communication with the rest of the Westco framers that worked on the Senior Center Project.

10. The other named Plaintiffs and I attempted to find other attorneys to help us with our case before finding Towards Justice, but were unsuccessful. After our struggles finding an attorney, we sought help from the Mexican Consulate. The Mexican Consulate referred us to Towards Justice.

11. I speak and read English, but the vast majority of the Westco framers that worked on the Senior Center Project speak and read only Spanish.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: 01/15/16
             Date

_____
Ivan Paredes

2