IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00168-WJM-KLM

AARON ROJAS,
EDGAR TEJADA,
IVAN PAREDES,
ULISES CISNEROS,
ADOLFO RIOS, and
HUGO BUENA RODRIGUEZ,
JESUS ENRIQUEZ REYES, and those similarly situated,

    Plaintiffs,

v.

WESTCO FRAMERS LLC,
DUSTY GRAY,
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and
GROATHOUSE CONSTRUCTION, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion to Amend Scheduling Order [Doc. 36] to Allow for Merits Discovery** [#65] (the "Motion").

    IT IS HEREBY **ORDERED** that a Motion Hearing is **SET** for **May 4, 2016** at **4:00 p.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Counsel may appear in person or by telephone by dialing the Court at **303-335-2770**. Any parties choosing to appear by telephone must initiate a conference call among themselves before dialing the Court.

    Dated: April 28, 2016