**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 15-cv-00168-WJM-KLM

AARON ROJAS *ET AL.*
         Plaintiffs,
v.

WESTCO FRAMERS, LLC *ET AL.*

         Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO MOTION TO RECONSIDER, DKT. NO. 88**

---

**CERTIFICATE OF CONFERAL PURSUANT TO D.C.COLO.LCIVR 7.1(A)**

Plaintiffs' counsel conferred with Defendants' counsel prior to filing this Motion. All Defendants **do not** oppose this motion.

**I. MOTION**

Plaintiffs' reply to their motion to reconsider the Court's denial of class certification is due today. *See* Dkt. No. 88 (Motion to Reconsider). Plaintiffs' counsel David Seligman is drafting the reply. Unfortunately, Mr. Seligman had to leave work suddenly today because a family member fell ill and needed to go to the hospital. He is still at the hospital. Because of this, he was unable to complete the reply and, because of the sudden nature of his departure on the day the reply was due, Plaintiffs' other counsel are unable to timely complete the reply.

The Plaintiffs therefore request a brief seven day extension to file their reply.

Dated: September 19, 2016

Respectfully Submitted,

s/Alexander Hood
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorney for Plaintiffs

## Certificate of Service

  I hereby certify that on September 19, 2016, I served a true and correct copy of the forgoing on all parties that have appeared pursuant to F.R.C.P. 5 by filing the above using this Court's CM/ECF system.

                 s/Alexander Hood
                 Alexander Hood